UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-mj-02432-Lett

UNITED STATES OF AMERICA

v.

MARTIN ESHO,

Defendant.
_____/

FILED BY ____KAN____ D.C.

Mar 9, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/Jackson K. Dering V
Jackson K. Dering V
Assistant United States Attorney
Fl Bar ID: A5503449
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
(786) 239-9274
Jackson.Dering@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:26-mj-02432-Lett |
| MARTIN ESHO, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 7, 2026** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Visual Depictions Involving the Sexual Exploitation of Minors |
| 18 U.S.C. § 2252(a)(1) and (b)(1) | Transportation of Visual Depictions Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*
**Credential #10382**
Isaiah Pennyfeather, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Telephone**

Date: **March 9, 2026**

*Judge's signature*

City and state: **Miami, Florida**    Honorable Enjoliqué A. Lett, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Isaiah Pennyfeather, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since January 2023. I am currently assigned to the HSI Special Victims Group and the South Florida Human Trafficking Task Force in the HSI Miami Office. My duties include the investigation of crimes involving sex trafficking, labor trafficking, child exploitation, and crimes involving child sexual abuse material ("CSAM"), among other violations of federal law. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in human trafficking and child exploitation investigations and have executed search warrants that have led to the recovery and identification of victims. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United states who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging **Martin Esho** ("**ESHO**") with violations of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), Possession of Visual Depictions Involving the Sexual Exploitation of Minors, and Title 18, United States Code, Section 2252(a)(1) and (b)(1), Transportation of Visual Depictions Involving the Sexual Exploitation of Minors.

3. The statements contained in this Affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officers. This Affidavit does not

include every fact known to me, but only the facts and circumstances sufficient to establish probable case that the offenses were committed.

## PROBABLE CAUSE

4. On March 7, 2026, **ESHO** entered the United States at Miami International Airport on American Airlines flight AA 1128, from Medellin, Colombia. Upon arriving at primary inspection, United States Customs and Border Protection ("CBP") officers selected **ESHO** for secondary inspection.

5. At secondary inspection, CBP inspected **ESHO**'s personal property including an Apple iPhone 14 Pro ("Device 1") and an Apple iPhone X ("Device 2") mobile telephones ("Devices"). **ESHO** told CBP officers that he owned the Devices and provided CBP with the passcodes for the Devices.

6. CBP subsequently conducted a manual inspection of the Devices pursuant to their border search authority. CBP discovered CSAM including images and videos. The CSAM videos contained on both Devices were discovered in a password protected hidden section of the photo gallery.

7. On the same date, March 7, 2026, HSI Special Agents responded to the Miami International Airport and conducted a manual review of the Devices, pursuant to HSI's border search authority. This review revealed multiple files of suspected CSAM in the password protected hidden section of the photo gallery, including the following:

   a. A video file depicting a pre-pubescent minor female performing oral sex on what appears to be an adult penis and then the same penis vaginally penetrates the pre-pubescent minor female.

      b. A video file depicting a pre-pubescent minor female using her hands to massage what appears to be an adult penis. The video ends with the adult penis ejaculating.

      c. A video file depicting a pre-pubescent minor female performing oral sex on an adult penis.

      d. A video file depicting two pre-pubescent minors performing oral sex on an adult penis.

8. Law enforcement conducted an audio recorded interview of **ESHO** at CBP Secondary Inspection at Miami International Airport. Law enforcement provided **ESHO** with a written waiver of his *Miranda* rights, which **ESHO** read aloud and then signed. **ESHO** acknowledged his rights and agreed to answer questions without an attorney present.

9. **ESHO** stated he owns and was the primary user of both Devices. **ESHO** acknowledged having hidden photo galleries on the Devices and using those photo galleries. **ESHO** stated that he downloads videos from the internet and the CSAM videos get downloaded inadvertently with his desired videos. **ESHO** stated he transfers all downloaded videos into the hidden photo gallery. **ESHO** was aware that these downloads sometimes contained CSAM. **ESHO** stated that when he notices CSAM videos, he deletes them. **ESHO** acknowledged previously viewing some of the CSAM videos referenced above but claims that he forgot to delete them.

## CONCLUSION

10. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that on or about March 7, 2026, **Martin Esho** did knowingly commit the offenses of Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and Transportation of

3

Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ISAIAH PENNYFEATHER
SPECIAL AGENT  Credential #10382
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this  9th   day of March 2026.

_____
HONORABLE JUDGE ENJOLIQUE A. LETT
UNITED STATES MAGISTRATE JUDGE